**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
    **Earline Lisa Swing**
    230 Tanglewood Dr NE
    Dalton, GA 30721−8041

Case No.: **17−41035−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

xxx−xx−5999

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

  **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Paul W. Bonapfel_
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  August 22, 2017

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 17-41035-pwb
Earline Lisa Swing                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6          User: bennettm          Page 1 of 2          Date Rcvd: Aug 22, 2017
                              Form ID: 182            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
```
db              Earline Lisa Swing,    230 Tanglewood Dr NE,    Dalton, GA  30721-8041
aty            +Robert Scott Rickman,    Rickman & Associates, PC,    Suite 200,    1755 North Brown Road,
                 Lawrenceville, GA 30043-8196
20694005        Autumn Ridge Apartments,    6100 Barrowood Dr,    Raleigh, NC  27612-7641
20694006        Bates Furniture,    302 S Henderson St,    Dalton, GA  30721-3032
20694008        CBA,    25954 Eden Landing Rd Fl 1,    Hayward, CA  94545-3816
20694010        Chattanooga EPB,    1401 Oak St,    Chattanooga, TN  37404-2425
20694011        Comcast,    PO Box 3005,    Southeastern, PA  19398-3005
20694014        Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL  32241-7547
20694016        Georgia Power,    96 Annex,    Atlanta, GA  30396-0001
20694017        Hamilton Emergency Department,    Attn: Collection Department,    PO Box 1168,
                 Dalton, GA  30722-1168
20694018        Hamilton Health Hospitalists,    1200 Memorial Dr,    Dalton, GA  30720-2529
20694019        Hamilton Medical Center,    Attn: Collection Department,    PO Box 1168,    Dalton, GA  30722-1168
20694020        Hamilton Medical Center ER,    Attn: Collection Department,    PO Box 1168,
                 Dalton, GA  30722-1168
20695973       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
20694025       +Progressive Insurance Company,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
20694026        Revenue Recovery Corporation,    PO Box 50250,    Knoxville, TN  37950-0250
20694027        Robinson Reagan and Young PLLC,    446 James Robertson Pkwy Ste 200,    Nashville, TN  37219-1533
20694032        Wakefield & Assoc.,    PO Box 50250,    Knoxville, TN  37950-0250
20694033        Windstream Communications,    615 S Thornton Ave,    Dalton, GA  30720-8287
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: FTLMONTZ.COM Aug 22 2017 20:58:00      Tracey L. Montz,    Suite 108-#406,
                 2146 Roswell Road,    Marietta, GA 30062-3815
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 22 2017 21:33:47
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
20694004        EDI: GMACFS.COM Aug 22 2017 20:58:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN  55438-0901
20694007        EDI: CAPITALONE.COM Aug 22 2017 20:58:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
20694009       +E-mail/Text: dl-csgbankruptcy@charter.com Aug 22 2017 21:35:49      Charter Communications,
                 400 Atlantic St,    Stamford, CT 06901-3533
20694012        EDI: CCS.COM Aug 22 2017 20:58:00      Credit Collection Services,    PO Box 607,
                 Norwood, MA  02062-0607
20694013        EDI: CMIGROUP.COM Aug 22 2017 20:58:00      Credit Management LP,    4200 International Pkwy,
                 Carrollton, TX  75007-1912
20694015        EDI: RMSC.COM Aug 22 2017 20:58:00      GE Capital Retail Bank,    PO Box 1978,
                 Cranberry Township, PA 16066-0978
20694016        E-mail/Text: G2GPCCU@southernco.com Aug 22 2017 21:35:46      Georgia Power,    96 Annex,
                 Atlanta, GA  30396-0001
20694021        EDI: HFC.COM Aug 22 2017 20:58:00      HSBC Bank Nevada, NA,    1111 N Town Center Dr,
                 Las Vegas, NV  89144-6364
20694022        EDI: JEFFERSONCAP.COM Aug 22 2017 20:58:00      Jefferson Capital Systems, LLC,    PO Box 7999,
                 Saint Cloud, MN  56302-7999
20694023        EDI: RESURGENT.COM Aug 22 2017 20:58:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC  29603-0497
20694024        EDI: PRA.COM Aug 22 2017 20:58:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA  23502-4962
20694028        EDI: RMSC.COM Aug 22 2017 20:58:00      Syncb/Belk,    PO Box 965028,    Orlando, FL  32896-5028
20694029        EDI: RMSC.COM Aug 22 2017 20:58:00      Syncb/JCPenney,    PO Box 965007,
                 Orlando, FL  32896-5007
20694030        EDI: RMSC.COM Aug 22 2017 20:58:00      Syncb/WalMart,    PO Box 965024,
                 Orlando, FL  32896-5024
20697200       +EDI: RMSC.COM Aug 22 2017 20:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
20694031        EDI: VERIZONWIRE.COM Aug 22 2017 20:58:00      Verizon Wireless,    PO Box 26055,
                 Minneapolis, MN  55426-0055
20694034        EDI: WFNNB.COM Aug 22 2017 20:58:00      World Financial Network Bank,    3100 Easton Square Pl,
                 Columbus, OH  43219-6232
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 113E-6          User: bennettm              Page 2 of 2                  Date Rcvd: Aug 22, 2017
                              Form ID: 182                Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Robert Scott Rickman    on behalf of Debtor Earline Lisa Swing thegeorgialawfirm@gmail.com,
               kim@whitfieldcountylaw.com;dan@whitfieldcountylaw.com
              Tracey L. Montz    traceymontz@yahoo.com, tlm@trustesolutions.net
                                                                                            TOTAL: 3
```